Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW G. KRANE,<br><br>　　　　　　　Defendant | Nos.　CR08-296-RSM<br>　　　　CR09-391-RSM<br><br>UNITED STATES'<br>SUPPLEMENTAL SENTENCING<br>MEMORANDUM |

On May 16, 2011, the United States filed its Sentencing Memorandum in these matters, recommending a 50-month term of imprisonment for Matthew Krane. In that memorandum, the United States noted that Mr. Krane had yet to settle any of his tax liabilities or redress the wrong he committed against his former client, Haim Saban.

Since the time of the filing of the government's recommendation, the parties have reached a resolution of issues involving the QFS fees, i.e., approximately $46.6 Million that were derived from the underlying fee scheme in this case; that were deposited in Austrian bank accounts controlled by Mr. Krane; and, that, as a result of certain civil litigation, had been frozen by the Austrian courts. Pursuant to a Master Agreement entered into by Matthew Krane, the United States Attorneys Office for the Western District of Washington, the Internal Revenue Service, the State of California Franchise Tax Board (a California taxing authority), and Haim Saban, Mr. Krane has agreed to settle all outstanding tax liabilities as well as his liabilities to Mr. Saban. Consistent with the Master Agreement, the QFS fees have now been repatriated to the United States and

United States' Supp. Sentencing Memorandum/ – 1
Matthew G. Krane, CR08-296RSM & CR09-391RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  are on deposit in the Registry of the Court.  These funds will ultimately be distributed
2  pursuant to the terms of the Master Agreement and a concomitant Order in full
3  satisfaction of all indebtedness.  The United States Treasury alone will recover
4  approximately $23 million in taxes and will avoid years of further litigation in order to
5  recover the money.
6      Mr. Krane's level of cooperation and settlement of all the restitution issues prior to
7  sentencing deserves credit.  Acknowledgment of such efforts at sentencing will also
8  provide encouragement to other defendants in similar situations to make whole aggrieved
9  parties.  Therefore, pursuant to the § 3553 factors, the United States revises its
10 recommendation and urges the Court to sentence Mr. Krane to a total term of
11 incarceration of 36 months, with credit for time already served, for both cases, followed
12 by two years of supervised release.
13     DATED this 8th day of June, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

/s/Robert Westinghouse
ROBERT WESTINGHOUSE
Assistant United States Attorney
WSBA #6484
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
Facsimile:  (206) 553-2502
E-mail: Robert.Westinghouse@usdoj.gov

/s/ Katheryn Kim Frierson
KATHERYN KIM FRIERSON
Assistant United States Attorney
WSBA # 37794
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
Facsimile:  (206) 553-2502
E-mail: Katheryn.K.Frierson@usdoj.gov

/s/ Michael Dion
MICHAEL DION
Assistant United States Attorney
WSBA # 31239
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone:  (206) 553-7729
Facsimile:   (206) 553-0755
E-mail: Michael.Dion@usdoj.gov

/s/ Jerrod C. Patterson
JERROD C. PATTERSON
Assistant United States Attorney
WSBA #43325
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-1206
Facsimile:   (206) 553-0755
E-mail: Jerrod.Patterson2@usdoj.gov

United States' Supp. Sentencing Memorandum/ – 2
Matthew G. Krane, CR08-296RSM & CR09-391RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on June 8, 2011, I electronically filed the foregoing with the |
| 3 | Clerk of Court using the CM/ECF system which will send notification of such filing to |
| 4 | the attorney(s) of record for the defendant(s).  I hereby certify that I have served the |
| 5 | attorney(s) of record for the defendant(s) that are non CM/ECF participants via U.S. Mail. |

s/*Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:  (206) 553-2274
Facsimile:  (206) 553-2502
E-mail:  Anna.Chang@usdoj.gov

CERTIFICATE OF SERVICE